■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNA SANCHEZ, Appellant. [639 NYS2d 755] ■

Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.